FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

DEC 05 2019

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-00561

LEON JOHN KULASA,

Plaintiff,

v.

WYNDHAM WORLDWIDE OPERATIONS, INC.,
AND WYNDHAM DESTINATIONS,

DEFENDANTS,

---

## PLAINTIFFS DISCLOSURE OF NON-RETAINED EXPERT WITNESSES

---

Pursuant to Fed. R. Civ. P. 26 (a)(2)(C), and Scheduling Order [Dkt. 32] the Plaintiff hereby submits his Disclose of Non-Retained Expert Witnesses who may present evidence at trial pursuant to the Federal Rules of Evidence 702, 703, or 705.

### WITNESS[ES] NON-RETAINED EXPERT WITNESSES:

The following person[s] may be called to provide expert testimony but have neither (1) been retained to provide expert testimony, nor (2) are employees of the disclosing party who regularly give expert testimony.

1.      Plaintiff's Fed. R. Civ. P. 26 (a)(2)(C) Non-Retained Expert Witness: Daniel S. Shoenwald, PhD; *Clinical Psychologist*; Denver Health Medical, Denver Adult Behavioral Health, 777 Bannock Street, Denver, Colorado 80204. (303) 436-6000, (303) 602-4851.

The qualifications of Daniel S. Shoenwald are as follows:

I.      *Nova Southeastern University*, PhD Clinical Psychology; *University of Michigan,* BA Psychology.

II.     Daniel S. Shoenwald is a licensed clinical Psychologist that specializes in men's issues, psychological trauma, insight-oriented psychotherapy with various populations, diagnosis, psychopharmacology, and group psychotherapy. He has been a Professor of Psychology in the masters program at *Nova Southeastern University;* Chief Postdoctoral Fellow at the *University of Miami Medical Center*, and now practices at Denver Health as a Clinical Psychologist. Daniel Shoenwald has 19 years of experience in both the public and private sectors of Psychology.

It is expected that Daniel S. Shoenwald will testify to the treatment, diagnosis and neuropsychological testing for the Plaintiffs existing Bi-Polar Disorder as well the Plaintiffs neuropsychology testing that identified him as having Attention Deficit Disorder (Primarily Inattentive). It is expected that the facts and opinions of Mr. Shoenwald will come from his psychology session notes, and records that he maintained on the Plaintiff during his treatment

while he was a patient of Mr. Shoenwald.[1]  Shoenwald is also expected to testify about the Plaintiff's mental illness as it relates to his employment and professional career.

2.      Plaintiff's Fed. R. Civ. P. 26 (a)(2)(C) Non-Retained Expert Witness: Dr. Christopher Pierce, PHD; *Director of Neuropsychology*; Denver Health Medical, Denver Adult Behavioral Health, 777 Bannock Street, Denver, Colorado 80204. (303) 602-4772.

The qualifications of Dr. Christopher Pierce, PHD are as flows:

I.      *University of Northern Colorado*, BA Psychology; *University of Alaska Anchorage*, Masters of science, Clinical Psychology; *University of Alabama at Birmingham*, Doctor of Philosophy (PhD) Medical /Clinical Psychology.

II.     Dr. Christopher Pierce is the Director of Clinical Neuropsychology in the Department of Psychiatry at Denver Medical Health. He is a licensed Clinical Psychiatrist with over 19 years of diverse experience.

It is expected that Dr. Pierce will testify to the Neuropsychological evaluation, and Neuropsychology testing results that he reported to the Plaintiff while under his care.[2] Dr. Pierce is expected to testify about the Plaintiffs mental illness, mental illness history and treatment plan. Dr. Pierce is expected to testify to the Plaintiffs diagnosis in relationship to the *Diagnostics Statistics Manual (DSM 5),* and how it affected his employment and professional career.

---

[1] *The Plaintiff was treated by Shoenwald from June 22, 2017 through December 2018. The Plaintiff understands that he had attended approximately 20 sessions which were documented, and that a comprehensive treatment summary was completed.*

[2] *The Plaintiff was treated by Dr. Pierce during his actual Neuropsychology testing for a total of 9 hours, and that his Neuropsychology assessment, and treatment notes are in the form of a single Neuropsychology Evaluation.*

Respectfully submitted this 29th day of November 2019,

*Leon John Kulasa*
Leon John Kulasa
2233 Orion Lake Drive
Navarre, Florida 32566
Telephone: (412) 290-5138
lkulasa@gmail.com

*Pro Se Plaintiff*

I hereby certify that a copy of the foregoing pleading/document was mailed to <u>Jackson-Lewis</u> defendant(s) or counsel for defendant(s) at <u>950 17th Street, Suite 2600, Denver Colorado 80202</u> (address) on November 29, 2019.

*Leon John Kulasa*

Leon John Kulasa
Plaintiffs Original Signature

U.S. POSTAGE PAID

PRESS FIRMLY TO SEAL





NOV 29 19
AMOUNT
1006   80294
**$7.35**
R2304H107767-95



**UNITED STATES POSTAL SERVICE**®

# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

This envelope is made from post-consumer waste. Please recycle again.

**PRIORITY**
★ **MAIL** ★


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

KOLASA
2233 ORION LAKE DR.
NAVARRE, FL 32566

TO:

ALFRED A. ARRAJ
U.S. FEDERAL COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294

ATTN: MAGISTRATE CLERK'S CT.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

**EXPECTED DELIVERY DAY: 12/02/19**

**USPS TRACKING® NUMBER**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



9505 5111 8521 9333 6319 19

✱ Domestic only.   ✱ For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.